UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WENDY SUSAN RENNERT-LOVETT

VERSUS

MICHAEL J. ASTRUE, Commissioner
of Social Security

CIVIL ACTION

NO. 11-662-BAJ-DLD

**RULING**

The Court has carefully considered the motions, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Docia L. Dalby dated August 3, 2012 (doc. 14) to which no opposition has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the decision of the Commissioner denying benefits is affirmed, and the plaintiff's complaint shall be dismissed with prejudice.

Baton Rouge, Louisiana, August 22, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA